# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Amy C. | Supreme Court of the United States | 05/10/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice of the Supreme Court of the United States | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Supreme Court of the United States
One First Street NE
Washington, DC 20543

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Notre Dame Law School |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Notre Dame Law School, teaching income | $28,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | SouthBank Legal: Ladue | Curran | Kuehn, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Washington University | January 29-31, 2020 | Washington, DC | Moot Court Competition | Transportation, lodging, and meals |
| 2. | University of Notre Dame | February 19-23, 2020 | London, UK | Notre Dame London Law Conference | Transportation, lodging, and meals |
| 3. | Shakespeare Theatre Company | February 28-29, 2020 | Washington, DC | Mock Trial program | Transportation, lodging, and meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | Tuition Agreement | K |
| 2. | | Tuition Agreement | J |
| 3. | | College tuition | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Flagstar Cash Accounts | | None | K | T | | | | | |
| 2. Brokerage Account #1 (H) | | | | | | | | | |
| 3. -Fidelity Dividend Growth Fund | A | Dividend | L | T | | | | | |
| 4. -Fidelity Trend Fund | C | Dividend | L | T | | | | | |
| 5. -Fidelity Money Market Fund (SPRXX) | A | Int./Div. | K | T | | | | | |
| 6. -Fidelity 500 Index Fund | A | Dividend | J | T | Buy | 03/02/20 | J | | |
| 7. -Fidelity Cash Holding Account (X) | A | Interest | K | T | | | | | |
| 8. Brokerage Account #2 (H) | | | | | | | | | |
| 9. -American Funds AMCAP F2 | A | Dividend | K | T | | | | | |
| 10. -American Funds American Mutual Fund F2 | A | Dividend | J | T | | | | | |
| 11. -Blackrock Global Long/Short Credit Institutional | | None | | | Sold | 06/03/20 | J | | |
| 12. -Securian Brokerage Money Market Account | | None | J | T | | | | | |
| 13. -Dodge & Cox Income | A | Dividend | K | T | | | | | |
| 14. -Franklin Mutual Global Discovery Fund-Class Z | | None | | | Sold | 06/03/20 | J | | |
| 15. -Invesco Oppenheimer Senior Floating Rate Fund Class Y | A | Dividend | | | Sold | 06/03/20 | J | | |
| 16. -Invesco Oppenheimer Steelpath MLP Select 40 Fund Class Y | A | Dividend | | | Sold | 06/03/20 | J | | |
| 17. -iShares Core U.S. Aggregate Bond ETF | A | Dividend | K | T | Buy | 06/04/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -iShares Floating Rate Bonds ETF | A | Dividend | J | T | Buy | 06/04/20 | J | | |
| 19. -iShares MSCI EAFE ETF | A | Dividend | K | T | Buy | 06/04/20 | K | | |
| 20. -iShares Russell 2000 Value ETF | A | Dividend | J | T | Buy | 06/04/20 | J | | |
| 21. -PIMCO Funds Income Fund | A | Dividend | | | Sold | 06/03/20 | K | | |
| 22. -PIMCO Enhanced Short Maturity Active ETF | A | Dividend | J | T | Buy | 06/04/20 | J | | |
| 23. -Principal Global Diversified Income Fund Institutional Class | A | Dividend | | | Sold | 06/03/20 | J | | |
| 24. -SPDR Bloomberg Barclays High Yield Bond ETF | A | Dividend | J | T | Buy | 06/04/20 | J | | |
| 25. -Templeton Global Bond Fund-Advisor Class | A | Dividend | | | Sold | 06/03/20 | K | | |
| 26. -Vanguard Short-Term Bond Index Fund ETF | A | Dividend | K | T | Buy | 06/04/20 | K | | |
| 27. -Vanguard REIT Index Fund ADM (Specialized Portfolio) | A | Dividend | K | T | | | | | |
| 28. -Vanguard Total International Bond Index Fund ETF | A | Dividend | K | T | Buy | 06/04/20 | K | | |
| 29. -Vanguard Value Index Fund ETF | A | Dividend | K | T | Buy | 06/04/20 | K | | |
| 30. -PIMCO Short-term Fund Class 1-2 | A | Dividend | | | Sold | 06/04/20 | J | | |
| 31. -AMG Yacktman Fund Service Class | | None | | | Sold | 06/03/20 | K | | |
| 32. -Loomis Strategic Income Fund-Y | A | Dividend | | | Sold | 06/03/20 | J | | |
| 33. -American Funds New Perspective Fund-F3 | A | Dividend | K | T | | | | | |
| 34. -Invesco Oppenheimer Developing Markets Fund Y | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Invesco Oppenheimer International Small Company | A | Dividend | J | T | | | | | |
| 36. -Primecap Odyssey Funds Growth Fund | B | Dividend | J | T | | | | | |
| 37. -Lord Abbett Short Duration Income Fund Class F | A | Dividend | | | Sold | 06/03/20 | J | | |
| 38. -Blackrock Russell 2000 Small Cap Index - Institutional | A | Dividend | K | T | | | | | |
| 39. IRA #1 (H) | | | | | | | | | |
| 40. -American Funds New Perspective F2 | A | Dividend | K | T | Sold (part) | 10/22/20 | J | A | |
| 41. -AMG Yacktman Fund Service Class | B | Dividend | K | T | Buy (add'l) | 10/22/20 | J | | |
| 42. -Securian Brokerage Money Market Account | | None | J | T | | | | | |
| 43. -Davis Global Fund Class Y | A | Dividend | K | T | Buy | 10/22/20 | J | | |
| 44. -Dodge & Cox Income | A | Dividend | J | T | Buy (add'l) | 10/23/20 | J | | |
| 45. -Eventide Gilead Fund Class 1 | A | Dividend | J | T | Sold (part) | 10/22/20 | J | A | |
| 46. -Homestead Small-Company Stock Fund | A | Dividend | | | Sold | 10/22/20 | J | | |
| 47. -Franklin Mutual Global Discovery Fund-Class Z | A | Dividend | | | Sold | 10/22/20 | J | | |
| 48. -Invesco Oppenheimer Developing Markets Fund Class Y | A | Dividend | J | T | | | | | |
| 49. -Invesco Oppenheimer International Small Mid Company Fund Class Y | A | Dividend | J | T | | | | | |
| 50. -Neuberger Berman Real Estate Fund Institutional Class | A | Dividend | J | T | Buy | 10/22/20 | J | | |
| 51. -PIMCO Funds Income FD P | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | -Primecap Odyssey Funds Growth Fund | A | Dividend | J | T | | | | | |
| 53. | -T. Rowe Price Blue Chip Growth | A | Dividend | J | T | Sold (part) | 10/22/20 | J | B | |
| 54. | -T. Rowe Price Small-Cap Value | A | Dividend | K | T | Buy | 10/22/20 | J | | |
| 55. | -Templeton Global Bond Fund-Advisor Class | A | Dividend | J | T | Sold (part) | 10/22/20 | J | | |
| 56. | -Vanguard REIT Index ADM (Specialized Portfolio) | A | Dividend | | | Sold | 10/22/20 | J | | |
| 57. | IRA #2 (H) | | | | | | | | | |
| 58. | -American Funds Capital Income Builder Class C | A | Dividend | J | T | | | | | |
| 59. | -Securian Brokerage Money Market Account | | None | J | T | | | | | |
| 60. | IRA #3 (H) | | | | | | | | | |
| 61. | -AMG River Road Small Cap Value Fund Class 1 | A | Dividend | J | T | Sold (part) | 11/12/20 | J | | |
| 62. | -AQR Funds Managed Future Strategies 1 | | None | | | Sold (part) | 03/24/20 | J | | |
| 63. | | | | | | Sold | 11/12/20 | J | | |
| 64. | -Blackrock Strategic Income Opportunities | A | Dividend | J | T | | | | | |
| 65. | -Securian Brokerage Money Market Account | | None | J | T | | | | | |
| 66. | -Columbia Commodity Strategy Fund-R4 | | None | | | Sold | 11/12/20 | J | | |
| 67. | -Diamond Hill Long-Short Fund Class I | A | Dividend | J | T | | | | | |
| 68. | -Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | -DWS RREEF Real Assets Fund Class S | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 70. | -Fidelity Adv International Growth | A | Dividend | J | T | | | | | |
| 71. | -FPA New Income Inc. | A | Dividend | J | T | Buy<br>(add'l) | 11/12/20 | J | | |
| 72. | -Hotchkis and Wiley Large-Cap Value Fund<br>Class I | A | Dividend | J | T | Buy<br>(add'l) | 03/23/20 | J | | |
| 73. | | | | | | Sold<br>(part) | 11/12/20 | J | A | |
| 74. | -Invesco Growth Ser. Inv. Conv. Sec. Fund<br>Y | A | Dividend | J | T | | | | | |
| 75. | -Invesco Oppenheimer Developing Markets<br>Fund Y | A | Dividend | J | T | | | | | |
| 76. | -JP Morgan Hedged Equity Fund Class I | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 77. | -Primecap Odyssey Funds Growth Fund | | None | | | Sold | 11/12/20 | J | B | |
| 78. | -Prudential Global Real Estate Class Z | A | Dividend | J | T | | | | | |
| 79. | -T. Rowe Price Blue Chip Growth | A | Dividend | J | T | | | | | |
| 80. | -JP Morgan Small Cap Growth Fund-L | A | Dividend | J | T | Sold<br>(part) | 11/12/20 | J | A | |
| 81. | -Templeton Global Bond Fund-Advisor<br>Class | A | Dividend | J | T | | | | | |
| 82. | -Thrivent Mid Cap Stock Fund Class S | A | Dividend | J | T | Buy | 11/12/20 | J | | |
| 83. | -Victory Trivalent International Small-Cap<br>Fund Class Y | A | Dividend | J | T | Sold<br>(part) | 11/12/20 | J | A | |
| 84. | 403(B) (H) | | | | | | | | | |
| 85. | -Vanguard Institutional Tr. 2040 | E | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. 401(K) (H) | | | | | | | | | |
| 87. -Fidelity Low Price Stock | D | Dividend | M | T | | | | | |
| 88. -Vanguard Extended Market Index Fund Institutional Shares | A | Dividend | K | T | | | | | |
| 89. -PIMCO Total Return Institutional Class | A | Dividend | J | T | | | | | |
| 90. Indiana 529 Plan #1 (H) | | | | | | | | | |
| 91. -Vanguard U.S. Equity Index Portfolio | | None | L | T | Distributed (part) | 07/27/20 | K | | |
| 92. | | | | | Distributed (part) | 12/16/20 | K | | |
| 93. -Dodge & Cox International Portfolio | | None | J | T | Distributed (part) | 07/27/20 | J | | |
| 94. | | | | | Distributed (part) | 12/16/20 | J | | |
| 95. -Vanguard Bond Index Portfolio | | None | J | T | Distributed (part) | 07/27/20 | J | | |
| 96. | | | | | Distributed (part) | 12/16/20 | J | | |
| 97. Louisiana 529 Plan #2 (H) | | | | | | | | | |
| 98. -Louisiana Principal Protection Fund | A | Interest | J | T | | | | | |
| 99. -Vanguard Institutional Total Stock Market Index, Inst. Plus | A | Dividend | J | T | | | | | |
| 100. Indiana 529 Plan #3 (H) | | | | | | | | | |
| 101. -Vanguard U.S. Equity Index Portfolio | | None | K | T | | | | | |
| 102. -Dodge & Cox International Portfolio | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Amy C. | 05/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Bond Index Portfolio | | None | J | T | | | | | |
| 104. ABLE Account (H) | | | | | | | | | |
| 105. -Aggressive Option | A | Int./Div. | J | T | | | | | |
| 106. Knights of Columbus Whole Life Insurance Policy | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barrett, Amy C.** | 05/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 7, 12, 42, 59, and 65: The Fidelity Cash Holding Account and Securian Brokerage Money Market Accounts are holding accounts for cash in the accounts.

Lines 84, 90, 100 and 104: The 403(b) account, the Indiana 529 accounts, and the ABLE account provide the market value of the investment vehicles in the accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Amy C. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544